ORIGINAL

# In the United States Court of Federal Claims

No. 17-00945
(Filed: August 25, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| **SIGFRID BRADSHAW**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES**, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILED**

AUG 2 5 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Plaintiff's Complaint was filed *pro se* in this court on July 11, 2017. Plaintiff submitted the complaint without the filing fees or a request to proceed *in forma pauperis* for waiver of the filing fee. On July 17, 2017, this Court notified Plaintiff that if he failed to pay the Court's filing fee within 30 days August 17, 2017, his Complaint would be dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the Court of Federal Claims. To date, Plaintiff has not yet paid or requested to proceed *in forma pauperis*. It is hereby **ORDERED** that Plaintiff's case is **DISMISSED**, without prejudice, for failure to prosecute. The Clerk is directed to enter the judgement accordingly.

**IT IS SO ORDERED.**

EDWARD J. DAMICH
Senior Judge

7017 1450 0000 1346 3004